# Court of Appeals
# of the State of Georgia

ATLANTA, June 15, 2026

*The Court of Appeals hereby passes the following order:*

**A26E0203. MCGUIRE v. MCGUIRE.**

Upon consideration of the Appellant's emergency motion, the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/15/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*